FILED BY_____D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

05 SEP -7 PM 12: 31

THOMAS A. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

| | | |
|---|---|---|
| THERESA DONNELL and | ) | |
| HARVEY DONNELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.    1-05-1139-T/A |
| | ) | |
| KOHLER COMPANY and GEORGE | ) | |
| ROGERS, individually, | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER TO STRIKE PLAINTIFFS' AMENDED COMPLAINT

---

In this matter, an Amended Complaint was filed by Plaintiffs on August 26, 2005 even though the Court had yet to issue a ruling on Plaintiffs' Motion to Amend Complaint filed on August 9, 2005. As such, the Court orders that the Amended Complaint filed by Plaintiffs be stricken from the record.

**IT IS SO ORDERED**.

S. Thomas Anderson

S. THOMAS ANDERSON

Date:    September 06, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  9-07-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CV-01139 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Robert Joseph Leibovich
YOUNG & PERL
One Commerce Square
Ste. 2380
Memphis, TN 38103

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT