IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| THERESA DONNELL and HARVEY DONNELL, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No.   1-05-1139-T/A |
| KOHLER COMPANY and GEORGE ROGERS, individually, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO AMEND

Before the Court is the Plaintiffs' Motion to Amend Complaint filed on September 15, 2005. For good cause shown and because the Defendants did not file a response as required by Local Rule 7.2, Plaintiffs' Motion is **GRANTED**. Plaintiffs shall have ten (10) days from the entry of this Order to file an Amended Complaint.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON

Date: October 12, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CV-01139 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Robert Joseph Leibovich
YOUNG & PERL
One Commerce Square
Ste. 2380
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT